DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EVELINA OSMANOVA,**
Appellant,

v.

**ISKANDER OSMANOV,**
Appellee.

No. 4D2025-2808

[July 9, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Victoria L. Griffin, Judge; L.T. Case No. 312021DR000085XXXXXX.

Evelina Osmanova, Bothell, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., SHEPHERD and LOTT, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***